**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

Choice Long Island, Inc.,
Plaintiff,

v.

Pflug Packaging & Fulfillment, Inc.

Defendant*.
_________________________________/

CASE No. 2:24-cv-02476-DAD-SCR

**MINUTES**

Date: October 6, 2026
Deputy Clerk: P. Buzo
CRT RPTR: Jennifer Coulthard

Counsel for Plaintiff: Nicholas Maxwell
Counsel for Defendant: Evan Nelson

**JURY TRIAL – DAY 1**

| | |
|---|---|
| 9:00 am | Court in session. Nicholas Maxwell appeared for Plaintiff. Hubert Rivera, C.O.O. of Choice Long Island, Inc. Evan Nelson appeared for Defendant. Court discussed preliminary matters. Court discussed trial schedule, duration of trial, and number of jurors. |
| 9:21 am | Court addressed Dft's MIL #1 (48). After discussion, for reasons stated on the record, MIL #1 DENIED without prejudice to its renewal as a motion for judgment as a matter of law; After discussion, for reasons stated on the record, MIL #2 (49) GRANTED in part and DENIED in part. Plaintiff is prohibited from arguing that silence alone constitutes acceptance of the agreement, but defendants' silence is admissible to demonstrate acceptance through silence in light of other circumstances; After discussion, for reasons stated on the record, By agreement of the parties, defendants' third motion *in limine* (Doc. No. 50) is GRANTED insofar as no witness may testify, and plaintiff may not argue, that Empire Workforce Solutions or any competitor could not lawfully offer a 22% markup, or could do so only through unlawful means, such as misclassifying associates as 1099 independent contractors and/or without violating workers' compensation or other laws; After discussion, Court DENIED in part defendants' fourth motion *in limine* (Doc. No. 51) in that any admissible evidence that defendants directed plaintiff's temporary employees to report to a competitor will be permitted. The court held off on ruling on the admissibility of Plaintiff's Exhibits 7 and 9. |
| 9:39 am | Court addressed jury selection process of 13 jurors to be qualified, peremptory challenges, selection of 7 jurors. |
| 9:53 am | Jury selection began. Court staff introduction. Pltf Cnsl introduction. Dft Cnsl introduction. Prospective jurors sworn. Statement of case read to prospective |

| | |
|---|---|
| | jurors. Court addressed case schedule. Voir Dire began. Court addressed undue hardships. |
| 10:55 am | Morning recess. |
| 11:17 am | Back in the presence of prospective jurors. Voir Dire resumed. |
| 11:47 am | No challenges for cause. Peremptory challenges. |
| 11:57 am | Jury Sworn |
| 11:58 am | Preliminary Jury instructions given. |
| 12:17 pm | Lunch break. |
| 1:38 pm | Court back in session in the presence of the jury. |
| 1:40 pm | Pltf opening statement. |
| 1:46 pm | Defense opening statement. |
| 1:51 pm | Pltf called Heubert Rivera, sworn and testified. Joint Exhibit 2: Deposition Exhibit 4. Pltf Exhibit 1. Pltf moved to admit Exhibit 1, without objection. Pltf Exhibit 1 Admitted. Pltf Exhibit 2. Pltf moved to admit Exhibit 2, without objection. Exhibit 2 Admitted. Pltf Exhibit 3. Pltf moved to admit Exhibit 3, without objection. Exhibit 3 Admitted. Pltf Exhibit 4. Pltf moved to admit Exhibit 4, without objection. Exhibit 4 Admitted. Pltf Exhibit 5. Pltf moved to admit Exhibit 5, without objection. Exhibit 5 Admitted. Pltf Exhibit 6. Pltf Exhibit 7. Defense objection. |
| 2:42 pm | Outside the presence of the jury. Discussion of Exhibit 7. After discussion, for reasons stated on the record, Court sustained objection. Discussion of Pltf Exhibit 8. |
| 2:51 pm | Back in the presence of the jury. Court sustained defense objection to Pltf Exhibit 7. |
| 2:51 pm | Resume direct. Pltf Exhibit 10. Pltf moved to admit Exhibit 10, without objection. Exhibit 10 Admitted. |
| 3:07 pm | Court addressed witness. |
| 3:09 pm | Afternoon recess. |
| 3:24 pm | Back in the presence of the jury |
| 3:24 pm | Cross examination. Pltf Exhibits 1, 4, 5, 8, 3, 10 |
| 3:48 pm | No redirect. Witness excused. |
| 3:50 pm | Pltf rests. |
| 3:51 pm | Defense rests. |
| 3:53 pm | Court in recess. Court admonished jury. Jury trial to resume tomorrow at 9:30 a.m. |
| 4:00 pm | Outside the presence of the jury. Defense made motion for nonsuit. At this time, Court denied defense motion without prejudice. |
| | |
| | |

TIME IN COURT: 5.25 hours